UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN LUGO, | CASE No. 1:13-cv-01603-MJS |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE THIRD AMENDED COMPLAINT WITHIN THIRTY DAYS |
| v. | |
| M STAINER, et al., | (ECF No. 18) |
| Defendants. | |

Plaintiff Ruben Lugo, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 in the Central District of California on March 4, 2013. (ECF No. 3.) Plaintiff's Complaint and First Amended Complaint (ECF No. 8) were screened and dismissed, with leave to amend, on March 19, 2013 and May 14, 2013, respectively, for failure to state cognizable claims. (ECF Nos. 5 and 9.)

On September 30, 2013, having reviewed Plaintiff's Second Amended Complaint (ECF No. 12), the Court dismissed, without leave to amend, all of Plaintiff claims except his Eighth Amendment claim based on conditions of confinement in the Security Housing Unit at the California Correctional Institution (CCI) in Tehachapi, California. The conditions of confinement claim was dismissed with leave to amend. Plaintiff's sole remaining claim alleges violations of Plaintiff's federal rights based on circumstances at

CCI; therefore, on October 7, 2013, the case was transferred to the Eastern District of California where CCI is located. (ECF No. 20.)

Accordingly, Plaintiff shall file an amended complaint concerning his sole remaining claim within thirty (30) days from the date of service of this order. The failure to comply with this order will result in dismissal of this action with prejudice.

The Clerk's Office shall send Plaintiff a complaint form with this order.

IT IS SO ORDERED.

Dated:   October 28, 2013          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE